# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LOANDEPOT.COM, LLC.,**
Appellant,

v.

**S. LOUISSAINT** a/k/a **SANDIA LOUISSAINT** a/k/a **SANDRA LUISSAINT,**
Appellee.

No. 4D20-915

[April 8, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Judge; L.T. Case No. CACE17002186.

Tara M. Petzoldt of Bradley Arant Boult Cummings LLP, Tampa, and Marc James Ayers of Bradley Arant Boult Cummings LLP, Birmingham, Alabama, for appellant.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS, and KLINGENSMITH, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***